No. 107. COFFEE COUNTY, TENNESSEE v. CITY OF TULLAHOMA. C. A. 6th Cir. Certiorari denied. *Gerald L. Ewell, David W. Shields III* and *H. J. Garrett* for petitioner. *Edwin F. Hunt* for respondent. Solicitor General *Cox,* Assistant Attorney General *Douglas, Morton Hollander, Kathryn H. Baldwin, Charles J. McCarthy* and *Robert H. Marquis* for the United States, as *amicus curiae,* in opposition.

No. 655. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Mozart G. Ratner* and *Frederick Bernays Wiener* for petitioner. Solicitor General *Cox,* Assistant Attorney General *Oberdorfer, Joseph M. Howard* and *Norman Sepenuk* for the United States.

No. 675. PORT OF SEATTLE v. MARTIN ET AL. Supreme Court of Washington. Certiorari denied. *Robert W. Graham* for petitioner. *Richard H. Riddell* for respondents.

No. 677. GUIBERSON CORP. ET AL. v. WEBBER ET AL. C. A. 5th Cir. Certiorari denied. *Frank J. Scurlock* for petitioners. *Joe E. Edwards, J. Vincent Martin* and *M. H. Gay* for respondents.

No. 669. KLIX CORP. v. CABLE VISION, INC., ET AL. C. A. 9th Cir. Certiorari denied. *George M. McMillan* for petitioner. *E. Stratford Smith* and *Robert W. Healy* for respondents.

No. 689. CITY OF TULSA, OKLAHOMA v. MIDWESTERN DEVELOPMENTS, INC. C. A. 10th Cir. Certiorari denied. *Charles E. Norman* for petitioner. *Robert J. Woolsey* for respondent.